# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| FLUOR ENTERPRISES INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action 3:17-cv-00622-MHL |
| v. | ) ) | |
| MITSUBISHI HITACHI POWER SYSTEMS AMERICAS, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## MITSUBISHI HITACHI POWER SYSTEMS AMERICAS, INC.'S
## NOTICE OF EXPERT WITNESS DISCLOSURE

PLEASE TAKE NOTICE that Defendant/Counter-Plaintiff Mitsubishi Hitachi Power Systems Americas, Inc. ("MHPS"), through the undersigned counsel, hereby submits its Expert Witness Disclosure pursuant to Fed. R. Civ. P. 26(a)(2), the Initial Pretrial Order (ECF No. 28) and Order Granting Motion to Extend Discovery Deadlines (ECF No. 44) in the above-styled matter.

Dated: May 14, 2019.

/s/ Stephen B. Shapiro
Stephen B. Shapiro (VSB No. 28064)
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC  20006
Telephone: (202) 955.3000
Facsimile: (202) 955.5564
Email: stephen.shapiro@hklaw.com
*Attorneys for Mitsubishi Hitachi Power System Americas, Inc.*

Of Counsel:

Ben W. Subin, Esq. (*Admitted Pro Hac Vice*)
Florida Bar No. 982776
Monte Starr, Esq. (*Admitted Pro Hac Vice*)
Florida Bar No. 0589381
Holland & Knight LLP
200 S. Orange Avenue, Ste. 2600
Orlando, FL 32801
Telephone: 407.425.8500
Facsimile: 407.244.5288
ben.subin@hklaw.com
monte.starr@hklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2019, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF)

to the following:

James V. Meath
Virginia State Bar No. 18999
Counsel for Plaintiff
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6412
Facsimile: (804) 420-6507
jmeath@williamsmullen.com

Brian Cashmere
Virginia State Bar No. 42651
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
Tysons Corner, Virginia 22102
Telephone: (703) 760-5200
Facsimile: (703) 748-0244
bcashmere@williamsmullen.com

Harold E. Johnson
Virginia State Bar No. 65591

WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6588
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com

Louis R. Pepe
Connecticut Bar No. 04319
Douglas M. Poulin
Connecticut Bar No. 10177
Counsel for Plaintiff
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
One State Street, 14th Floor
400 Columbus Boulevard
Hartford, CT 06103-3102
Telephone: (860) 522-5175
Facsimile: (860) 522-2796
lpepe@mdmc-law.com
dpoulin@mdmc-law.com

/s/ Stephen B. Shapiro
Stephen B. Shapiro, Esquire
(VSB No. 28064)
*Attorneys for Mitsubishi Hitachi Power System Americas, Inc.*
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC  20006
Telephone: (202) 955.3000
Facsimile: (202) 955.5564
Email: stephen.shapiro@hklaw.com