UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FLUOR ENTERPRISES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action 3:17-cv-00622-MHL |
| v. | ) |
| | ) |
| MITSUBISHI HITACHI POWER | ) |
| SYSTEMS AMERICAS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Fluor Enterprises, Inc. and Mitsubishi Hitachi Power Systems Americas, Inc. hereby stipulate to the dismissal of this lawsuit with prejudice, all parties to bear their own fees and costs.

| **FLUOR ENTERPRISES, INC.** | **MITSUBISHI HITACHI POWER SYSTEMS AMERICAS, INC.** |
|---|---|
| /s/ Harold E. Johnson | |
| Harold E. Johnson, Esq. | /s/ Stephen B. Shapiro |
| Virginia State Bar No. 65591 | Stephen B. Shapiro, Esquire |
| Counsel for Plaintiff | (VSB No. 28064) |
| WILLIAMS MULLEN, P.C. | Holland & Knight LLP |
| P.O. Box 1320 | 800 17th Street N.W., Suite 1100 |
| Richmond, Virginia 23218-1320 | Washington, DC 20006 |
| Telephone: (804) 420-6412 | Telephone: (202) 955.3000 |
| Facsimile: (804) 420-6507 | Facsimile: (202) 955.5564 |
| hjohnson@williamsmullen.com | Email: stephen.shapiro@hklaw.com |
| | |
| Louis R. Pepe, Esq. | Ben W. Subin, Esquire (*Admitted Pro Hac Vice*) |
| Connecticut Bar No. 04319 | Florida Bar No. 982776 |
| Douglas M. Poulin, Esq. | Monte S. Starr, Esquire (*Admitted Pro Hac Vice*) |
| Connecticut Bar No. 10177 | Florida Bar No. 0183539 |
| Counsel for Plaintiff | Holland & Knight LLP |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | 200 S. Orange Avenue, Ste. 2600 |
| One State Street, 14th Floor | Orlando, FL 32801 |
| 400 Columbus Boulevard | Telephone: 407.425.8500 |
| Hartford, CT 06103-3102 | Facsimile: 407.244.5288 |
| Telephone: (860) 522-5175 | ben.subin@hklaw.com |
| Facsimile: (860) 522-2796 | monte.starr@hklaw.com |
| lpepe@mdmc-law.com | |
| dpoulin@mdmc-law.com | |

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen B. Shapiro, Esquire
(VSB No. 28064)
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC  20006
Telephone: (202) 955.3000
Facsimile: (202) 955.5564
Email: stephen.shapiro@hklaw.com

Ben W. Subin, Esquire (*Admitted Pro Hac Vice*)
Florida Bar No. 982776
Monte S. Starr, Esquire (*Admitted Pro Hac Vice*)
Florida Bar No. 0183539
Holland & Knight LLP
200 S. Orange Avenue, Ste. 2600
Orlando, FL 32801
Telephone: 407.425.8500
Facsimile: 407.244.5288
ben.subin@hklaw.com
monte.starr@hklaw.com

/s/ Harold E. Johnson
Harold E. Johnson, Esq.
Virginia State Bar No. 65591
Counsel for Plaintiff
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6412
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com